# Exhibit 2

March 4, 2020

**Via Electronic Mail (tmfortner@lkqcorp.com)**

Terry Fortner
LKQ Corporation
500 West Madison Street
Suite 2800
Chicago, IL 60661

                Re:    **Collision Parts Covered by GM's Design Patents**

Dear Terry:

       According to General Motors (GM) https://www.genuinegmparts.com/collision-repair-faqs:

       "Certain GM collision parts are protected by United States design patents.  This means that unlicensed making, using, and/or selling of a protected part could constitute an infringement of a GM design patent.  It's important to know this because the use of non-OEM parts on newer Chevrolet, Buick, GMC, or Cadillac vehicles could constitute an infringement of a GM design patent."  A current list of GM Patented parts can be found on GM's website https://www.genuinegmparts.com/src/pdf/Patented-Parts-list-for-GGMP-JAN2020.pdf

       CCC respects intellectual property ("IP") owner rights and expects suppliers participating in CCC parts to ensure their parts are not infringing on design patents.  In comparing LKQ Corporation's parts to GM's patented parts, it appears your company is selling Aftermarket/Non-OEM parts that appear on GM's patented parts list.  Exhibit A identifies some examples of LKQ Corporation's in-stock Aftermarket/Non-OEM parts where GM claims there are no licensees for their design patents.

       Please remove these parts and any other parts where applicable design patents have not been licensed from GM.  Please implement corrective actions in your upstream supply chain processes to avoid offering parts that infringe on IP owner's rights.  If you feel your parts do not infringe on GM design patents, please provide specifics that can be shared with GM or contact General Motors directly.

       Thank you for your attention to this matter.

                                                Sincerely yours,

                                                Joseph Allen
                                                SVP & GM, Automotive Services
                                                CCC Information Services

cc:   Kevin J. Kane, Senior Vice President, General Counsel and Secretary, CCC (*via email*)
       Robert Levels, Assistant General Counsel, CCC (*via email*)
       Robert Jabjiniak, Vice President, CCC (*via email*)

March 4, 2020
Page 2

**Exhibit A:**

| OEM_PART_NUM | Design Patent Grant # | Supplier's PART_STOCK_NUM |
|---|---|---|
| 23470665 | D786743 | GM1036176 |
| 39117892 | D824825 | GM1230463 |
| 42554958 | D812532 | GM1230456C |
| 84107966 | D786743 | GM1230456 |
| 84108166 | D828261 | GM1036176 |
| 84108166 | D828261 | GM1103203 |
| 84108166 | D828261 | GM1138104 |
| 84108167 | D828261 | GM1103203 |
| 84108167 | D828261 | GM1139104 |
| 84112271 | D840285 | GM1038243 |
| 84112272 | D840285 | GM1039243 |
| 84188294 | D818903 | GM1230465C |
| 84388399 | D818903 | GM1230465C |
| 84391966 | D818903 | GM1230465C |
| 84431667 | D803731 | GM1200752 |
| 84507085 | D818903 | GM1230465C |