# Exhibit 3

US00D818406S

(12) **United States Design Patent**
**McMahan et al.**

(10) **Patent No.: US D818,406 S**
(45) **Date of Patent: ** May 22, 2018**

(54) **VEHICLE FRONT FENDER**

(71) Applicant: **GM GLOBAL TECHNOLOGY OPERATIONS LLC**, Detroit, MI (US)

(72) Inventors: **Robert B. McMahan**, Bloomfield Hills, MI (US); **Gary W. Ruiz**, Royal Oak, MI (US)

(73) Assignee: **GM Global Technology Operations LLC**, Detroit, MI (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/581,001**

(22) Filed: **Oct. 14, 2016**

(51) **LOC (11) Cl.** ............................................. **12-16**

(52) **U.S. Cl.**
USPC ........................................................ **D12/184**

(58) **Field of Classification Search**
USPC ...... D12/414, 415, 416, 417, 418, 419, 420, D12/421, 422, 423, 424, 425, 426, 190, D12/192, 195, 191, 106, 345, 96, 99, 400, D12/181, 184, 185, 170, 169
CPC .. B60R 7/04; B60R 7/18; B62D 24/18; B62D 24/16; B62D 24/161; B62D 24/168; B62D 24/182; B62D 24/184
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

D570,742 S 6/2008 Takagi et al.
D591,213 S * 4/2009 Woolley ...................... D12/184
D592,105 S 5/2009 Dean et al.
D597,447 S 8/2009 Folden
D600,595 S 9/2009 Nakamura et al.
D601,925 S 10/2009 O'Donnell
D603,755 S 11/2009 Peters
D604,203 S 11/2009 O'Donnell
D605,082 S 12/2009 Munson
D605,083 S 12/2009 Manoogian, II et al.
D605,977 S 12/2009 Zipfel et al.
D605,978 S 12/2009 Wolff et al.
D608,249 S 1/2010 Peters
D608,690 S 1/2010 Folden et al.
D608,691 S 1/2010 Zak, Jr. et al.
D609,608 S 2/2010 Boniface et al.
D611,387 S 3/2010 Thompson et al.
D611,879 S 3/2010 Kim et al.
D612,297 S 3/2010 Peters et al.
D613,645 S 4/2010 Song et al.
D615,458 S 5/2010 Thompson et al.
D618,595 S 6/2010 Ware et al.
D623,090 S 9/2010 Cox et al.
D627,262 S 11/2010 Ikeda et al.
D635,488 S 4/2011 Phipps
D644,147 S 8/2011 Suh et al.
D644,567 S 9/2011 Kozub
D654,413 S * 2/2012 Okumoto .................... D12/184
D657,718 S 4/2012 Zipfel et al.
D659,052 S 5/2012 Ware et al.
D659,053 S 5/2012 Ware et al.
D668,182 S 10/2012 Franco et al.
(Continued)

*Primary Examiner* — Karen S Acker
*Assistant Examiner* — Jerry Shiuan-Hua Hsu
(74) *Attorney, Agent, or Firm* — Reising Ethington P.C.

(57) **CLAIM**

The ornamental design for a vehicle front fender, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of the vehicle front fender;
FIG. **2** is a front view thereof;
FIG. **3** is a side view thereof; and,
FIG. **4** is a top view thereof.
The broken lines shown in the drawings depict portions of the vehicle front fender that form no part of the claimed design.

**1 Claim, 2 Drawing Sheets**



(56) **References Cited**

U.S. PATENT DOCUMENTS


D668,183 S 10/2012 Smart
D678,820 S 3/2013 Son et al.
D678,821 S 3/2013 Ikeda et al.
D680,909 S 4/2013 Munson et al.
D680,910 S 4/2013 David
D683,679 S * 6/2013 Platto .......................... D12/184
D684,899 S 6/2013 Baker
D686,536 S 7/2013 McCabe et al.
D692,798 S 11/2013 Thurber
D692,799 S 11/2013 Smith et al.
D696,157 S 12/2013 Loeb
D697,843 S * 1/2014 Suga .......................... D12/184
D699,629 S 2/2014 Ikeda et al.
D700,871 S 3/2014 O'Donnell et al.
D703,103 S 4/2014 Lee
D704,103 S 5/2014 Mack et al.
D705,132 S 5/2014 Ware et al.
D705,699 S 5/2014 Ware et al.
D713,298 S 9/2014 Dyson
D713,764 S 9/2014 Ferlazzo et al.
D716,696 S 11/2014 Thole et al.
D716,706 S 11/2014 Thole et al.
D716,709 S 11/2014 Thole et al.
D717,696 S 11/2014 Thole et al.
D718,189 S 11/2014 Krieg et al.
D718,683 S 12/2014 Thole et al.
D718,687 S * 12/2014 Ishizuka .......................... D12/184
D722,282 S 2/2015 Loeb
D722,533 S 2/2015 Thole et al.
D722,534 S 2/2015 Munson et al.
D724,510 S 3/2015 McMahan et al.
D725,001 S 3/2015 McMahan et al.
D726,591 S 4/2015 Jacob
D730,776 S 6/2015 Smart
D730,783 S 6/2015 Henriques et al.
D731,373 S * 6/2015 Howell .......................... D12/184
D732,427 S 6/2015 Loeb
D732,429 S 6/2015 Loeb
D732,430 S 6/2015 Loeb
D732,431 S 6/2015 Loeb
D732,432 S 6/2015 Aengenheyster
D732,433 S 6/2015 Aengenheyster
D732,435 S 6/2015 Mackay
D733,002 S 6/2015 Loeb
D735,611 S 8/2015 Aengenheyster
D735,627 S 8/2015 Smith
D736,451 S 8/2015 Smith
D739,306 S 9/2015 McMahan et al.
D739,317 S 9/2015 McMahan et al.
D740,188 S * 10/2015 Blanski .......................... D12/184
D741,223 S 10/2015 Kim et al.
D743,309 S 11/2015 Thole et al.
D743,313 S 11/2015 Smith et al.
D743,314 S 11/2015 Thole et al.
D743,857 S 11/2015 McMahan et al.
D744,158 S 11/2015 Willett et al.
D745,086 S 12/2015 Finos et al.
D745,719 S 12/2015 Boniface et al.
D745,725 S 12/2015 McMahan et al.
D745,726 S 12/2015 McMahan et al.
D745,837 S 12/2015 Smith et al.
D746,726 S 1/2016 Smith et al.
D746,727 S 1/2016 Smith et al.
D746,728 S 1/2016 Smith et al.
D746,729 S 1/2016 Boniface et al.
D746,730 S 1/2016 Kim et al.
D747,514 S 1/2016 McMahan et al.
D747,515 S 1/2016 McMahan et al.
D747,819 S 1/2016 Thole et al.
D749,021 S 2/2016 Boniface et al.
D749,026 S 2/2016 Smith et al.
D749,027 S 2/2016 McMahan et al.
D749,246 S 2/2016 Thole et al.
D749,249 S 2/2016 Thole et al.
D749,250 S 2/2016 Thole et al.
D749,985 S 2/2016 Kozub et al.
D749,997 S 2/2016 McMahan et al.
D750,001 S 2/2016 Thole et al.
D753,032 S 4/2016 Smith et al.
D753,033 S 4/2016 Thole et al.
D753,034 S 4/2016 Thole et al.
D753,035 S 4/2016 Boniface et al.
D753,559 S 4/2016 McMahan et al.
D753,560 S 4/2016 McMahan et al.
D753,567 S 4/2016 Boniface et al.
D754,571 S 4/2016 Boniface et al.
D754,572 S 4/2016 McMahan et al.
D755,088 S 5/2016 McMahan et al.
D755,096 S * 5/2016 Wolff .......................... D12/184
D756,869 S 5/2016 McMahan et al.
D758,271 S 6/2016 McMahan et al.
D758,935 S * 6/2016 Platto .......................... D12/184
D763,753 S * 8/2016 Hammoud .......................... D12/184
D767,449 S 9/2016 Pevovar et al.
D767,450 S 9/2016 Lee et al.
D767,451 S 9/2016 Kozub et al.
D767,454 S 9/2016 McMahan et al.
D767,458 S 9/2016 Kim
D767,459 S 9/2016 Kim
D767,460 S 9/2016 Kozub et al.
D767,461 S 9/2016 Kozub et al.
D768,551 S * 10/2016 Arroba .......................... D12/196
D769,162 S * 10/2016 Rodriguez .......................... D12/184
D789,856 S * 6/2017 Wolff .......................... D12/196


* cited by examiner



FIG. 1

FIG. 2



FIG. 3



FIG. 4