# Exhibit 4

Case: 1:21-cv-05854 Document #: 1-4 Filed: 11/02/21 Page 2 of 6 PageID #:79

US00D828256S

# (12) United States Design Patent
## Zipfel

(10) Patent No.: **US D828,256 S**
(45) Date of Patent: ⋆⋆ **Sep. 11, 2018**

(54) **VEHICLE FENDER**

(71) Applicant: **GM GLOBAL TECHNOLOGY OPERATIONS LLC**, Detroit, MI (US)

(72) Inventor: **Carl J. Zipfel**, Oxford, MI (US)

(73) Assignee: **GM GLOBAL TECHNOLOGY OPERATIONS LLC**, Detroit, MI (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/609,214**

(22) Filed: **Jun. 29, 2017**

(51) LOC (11) Cl. .............................................. 12-16
(52) U.S. Cl.
  USPC ...................................................... **D12/184**
(58) Field of Classification Search
  USPC .... D12/181, 90, 86, 82, 221, 196, 190, 184,
    D12/177, 175, 99, 97, 96, 93, 92, 91, 101
  CPC ........ B62D 25/02; B62D 25/10; B62D 25/16;
    B62D 25/18; B62D 25/162; B62D 25/105
  See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D562,202 S | * | 2/2008 | Tant .............. D12/184 |
| D570,742 S | | 6/2008 | Takagi et al. |
| D592,105 S | | 5/2009 | Dean et al. |
| D597,447 S | | 8/2009 | Folden |
| D600,595 S | | 9/2009 | Nakamura et al. |
| D601,925 S | | 10/2009 | O'Donnell |
| D601,934 S | * | 10/2009 | Ellis .............. D12/184 |
| D603,755 S | | 11/2009 | Peters |
| D604,203 S | | 11/2009 | O'Donnell |
| D605,082 S | | 12/2009 | Munson |
| D605,083 S | | 12/2009 | Manoogian, II et al. |
| D605,977 S | | 12/2009 | Zipfel et al. |
| D605,978 S | | 12/2009 | Wolff et al. |
| D608,249 S | | 1/2010 | Peters |
| D608,690 S | | 1/2010 | Folden et al. |
| D608,691 S | | 1/2010 | Zak, Jr. et al. |
| D609,608 S | | 2/2010 | Boniface et al. |
| D611,387 S | | 3/2010 | Thompson et al. |
| D611,879 S | | 3/2010 | Kim et al. |
| D612,297 S | | 3/2010 | Peters et al. |
| D613,645 S | | 4/2010 | Song et al. |
| D614,100 S | * | 4/2010 | Williams ............ D12/184 |
| D615,458 S | | 5/2010 | Thompson et al. |
| D618,595 S | | 6/2010 | Ware et al. |
| D623,090 S | | 9/2010 | Cox et al. |
| D626,045 S | * | 10/2010 | Cogswell ............ D12/181 |
| D627,262 S | | 11/2010 | Ikeda et al. |
| D635,488 S | | 4/2011 | Phipps |
| D644,147 S | | 8/2011 | Suh et al. |
| D644,567 S | | 9/2011 | Kozub |
| D657,718 S | | 4/2012 | Zipfel et al. |
| D659,052 S | | 5/2012 | Ware et al. |

(Continued)

*Primary Examiner* — Susan Bennett Hattan
*Assistant Examiner* — Jerry Shiuan-Hua Hsu

(57) **CLAIM**

The ornamental design for a vehicle fender, as shown and described.

**DESCRIPTION**

FIG. **1** is a front and left perspective view of the vehicle fender according to the present disclosure;
FIG. **2** is a top plan view thereof;
FIG. **3** is a front elevation view thereof; and,
FIG. **4** is a left end elevation view thereof.
The second embodiment of the vehicle fender is a mirror image of the first embodiment disclosed in FIGS. **1** through **4** and is not shown.
The broken lines shown in the drawings depict portions of the vehicle fender that form no part of the claimed design. The shade lines in the figures show contour and not surface ornamentation.

**1 Claim, 2 Drawing Sheets**



(56) **References Cited**

U.S. PATENT DOCUMENTS

| Patent | | Date | Name |
|---|---|---|---|
| D659,053 S | | 5/2012 | Ware et al. |
| D668,182 S | | 10/2012 | Barba Franco et al. |
| D668,183 S | | 10/2012 | Smart |
| D678,820 S | | 3/2013 | Son et al. |
| D678,821 S | | 3/2013 | Ikeda et al. |
| D680,909 S | | 4/2013 | Munson et al. |
| D680,910 S | | 4/2013 | David |
| D684,899 S | | 6/2013 | Baker |
| D686,536 S | | 7/2013 | McCabe et al. |
| D692,798 S | | 11/2013 | Thurber |
| D692,799 S | | 11/2013 | Smith et al. |
| D696,157 S | | 12/2013 | Loeb |
| D699,629 S | | 2/2014 | Ikeda et al. |
| D700,871 S | | 3/2014 | O'Donnell et al. |
| D703,103 S | | 4/2014 | Lee |
| D704,103 S | | 5/2014 | Mack et al. |
| D705,132 S | | 5/2014 | Ware et al. |
| D705,699 S | | 5/2014 | Ware et al. |
| D713,298 S | | 9/2014 | Dyson |
| D713,764 S | | 9/2014 | Ferlazzo et al. |
| D716,696 S | | 11/2014 | Thole et al. |
| D716,706 S | | 11/2014 | Thole et al. |
| D716,709 S | * | 11/2014 | Thole ................ D12/184 |
| D717,696 S | | 11/2014 | Thole et al. |
| D718,189 S | | 11/2014 | Krieg et al. |
| D718,683 S | | 12/2014 | Thole et al. |
| D721,314 S | * | 1/2015 | Platto ................ D12/184 |
| D722,282 S | | 2/2015 | Loeb |
| D722,533 S | | 2/2015 | Thole et al. |
| D722,534 S | | 2/2015 | Munson et al. |
| D724,510 S | | 3/2015 | McMahan et al. |
| D725,001 S | | 3/2015 | McMahan et al. |
| D726,591 S | | 4/2015 | Jacob |
| D730,776 S | | 6/2015 | Smart |
| D730,783 S | | 6/2015 | Henriques et al. |
| D732,427 S | | 6/2015 | Loeb |
| D732,429 S | | 6/2015 | Loeb |
| D732,430 S | | 6/2015 | Loeb |
| D732,431 S | | 6/2015 | Loeb |
| D732,432 S | | 6/2015 | Aengenheyster |
| D732,433 S | | 6/2015 | Aengenheyster |
| D732,435 S | | 6/2015 | Mackay |
| D733,002 S | | 6/2015 | Loeb |
| D735,611 S | | 8/2015 | Aengenheyster et al. |
| D735,627 S | | 8/2015 | Smith et al. |
| D736,451 S | | 8/2015 | Smith et al. |
| D739,306 S | | 9/2015 | McMahan et al. |
| D739,317 S | | 9/2015 | McMahan et al. |
| D741,223 S | | 10/2015 | Kim et al. |
| D743,309 S | | 11/2015 | Thole et al. |
| D743,313 S | | 11/2015 | Smith et al. |
| D743,314 S | | 11/2015 | Thole et al. |
| D743,857 S | | 11/2015 | McMahan et al. |
| D744,158 S | | 11/2015 | Willett et al. |
| D745,086 S | | 12/2015 | Finos et al. |
| D745,719 S | | 12/2015 | Boniface et al. |
| D745,725 S | | 12/2015 | McMahan et al. |
| D745,726 S | | 12/2015 | McMahan et al. |
| D745,837 S | | 12/2015 | Smith et al. |
| D746,726 S | | 1/2016 | Smith et al. |
| D746,727 S | | 1/2016 | Smith et al. |
| D746,728 S | | 1/2016 | Smith et al. |
| D746,729 S | | 1/2016 | Boniface et al. |
| D746,730 S | | 1/2016 | Kim et al. |
| D747,514 S | | 1/2016 | McMahan et al. |
| D747,515 S | | 1/2016 | McMahan et al. |
| D747,819 S | | 1/2016 | Thole et al. |
| D749,021 S | | 2/2016 | Boniface et al. |
| D749,026 S | | 2/2016 | Smith et al. |
| D749,027 S | * | 2/2016 | McMahan ................ D12/184 |
| D749,246 S | | 2/2016 | Thole et al. |
| D749,249 S | | 2/2016 | Thole et al. |
| D749,250 S | | 2/2016 | Thole et al. |
| D749,985 S | | 2/2016 | Kozub et al. |
| D749,997 S | | 2/2016 | McMahan et al. |
| D750,001 S | | 2/2016 | Thole et al. |
| D753,032 S | | 4/2016 | Smith et al. |
| D753,033 S | | 4/2016 | Thole et al. |
| D753,034 S | | 4/2016 | Thole et al. |
| D753,035 S | | 4/2016 | Boniface et al. |
| D753,559 S | | 4/2016 | McMahan et al. |
| D753,560 S | | 4/2016 | McMahan et al. |
| D753,567 S | | 4/2016 | Boniface et al. |
| D754,571 S | | 4/2016 | Boniface et al. |
| D754,572 S | | 4/2016 | McMahan et al. |
| D755,088 S | | 5/2016 | McMahan et al. |
| D756,869 S | * | 5/2016 | McMahan ................ D12/184 |
| D758,271 S | | 6/2016 | McMahan et al. |
| D758,935 S | * | 6/2016 | Platto ................ D12/184 |
| D762,538 S | * | 8/2016 | Platto ................ D12/184 |
| D764,975 S | | 8/2016 | Aengenheyster |
| D764,976 S | | 8/2016 | Aengenheyster |
| D767,449 S | | 9/2016 | Pevovar et al. |
| D767,450 S | | 9/2016 | Lee et al. |
| D767,451 S | | 9/2016 | Kozub et al. |
| D767,454 S | | 9/2016 | McMahan et al. |
| D767,458 S | | 9/2016 | Kim |
| D767,459 S | | 9/2016 | Kim |
| D767,460 S | | 9/2016 | Kozub et al. |
| D767,461 S | | 9/2016 | Kozub et al. |
| D769,162 S | * | 10/2016 | Rodriguez ................ D12/184 |
| D771,528 S | | 11/2016 | Smith et al. |
| D771,529 S | | 11/2016 | Thole et al. |
| D771,532 S | | 11/2016 | Kapitonov |
| D771,533 S | | 11/2016 | Kapitonov |
| D772,766 S | | 11/2016 | Kozub et al. |
| D772,767 S | | 11/2016 | Kim |
| D773,084 S | | 11/2016 | Kapitonov |
| D773,086 S | | 11/2016 | McCabe et al. |
| D773,971 S | * | 12/2016 | Wheel ................ D12/196 |
| D774,226 S | | 12/2016 | McCabe et al. |
| D775,003 S | | 12/2016 | Pevovar et al. |
| D775,007 S | | 12/2016 | Thole et al. |
| D775,010 S | | 12/2016 | Kim et al. |
| D775,049 S | | 12/2016 | Scheer et al. |
| D775,549 S | | 1/2017 | Karras |
| D775,554 S | | 1/2017 | Kapitonov |
| D776,020 S | | 1/2017 | Kapitonov |
| D776,581 S | | 1/2017 | Pevovar et al. |
| D776,583 S | | 1/2017 | Scheer et al. |
| D776,841 S | | 1/2017 | Kozub et al. |
| D776,843 S | | 1/2017 | McCabe et al. |
| D776,846 S | | 1/2017 | Willett et al. |
| D777,359 S | | 1/2017 | Kozub et al. |
| D777,360 S | | 1/2017 | Kozub et al. |
| D777,361 S | | 1/2017 | Kozub et al. |
| D777,604 S | | 1/2017 | McNerney |
| D777,605 S | | 1/2017 | Ferlazzo et al. |
| D777,620 S | | 1/2017 | Pevovar et al. |
| D777,621 S | | 1/2017 | Kim |
| D777,622 S | | 1/2017 | Kozub et al. |
| D777,628 S | | 1/2017 | Kozub et al. |
| D777,955 S | | 1/2017 | Willett et al. |
| D778,212 S | | 2/2017 | Kozub et al. |
| D778,215 S | | 2/2017 | Kozub et al. |
| D780,064 S | | 2/2017 | Smith et al. |
| D780,067 S | | 2/2017 | Zipfel et al. |
| D780,068 S | | 2/2017 | Whitla et al. |
| D780,077 S | | 2/2017 | Kim et al. |
| D780,081 S | | 2/2017 | Lee |
| D780,084 S | | 2/2017 | Scheer et al. |
| D780,631 S | | 3/2017 | Kozub et al. |
| D780,644 S | | 3/2017 | Kim et al. |
| D781,184 S | | 3/2017 | Thole et al. |
| D781,192 S | | 3/2017 | Kozub et al. |
| D782,379 S | | 3/2017 | Wassell |
| D783,482 S | | 4/2017 | Smith et al. |
| D784,213 S | | 4/2017 | Karras |
| D784,223 S | | 4/2017 | Lee |
| D784,226 S | | 4/2017 | Cheng |
| D784,579 S | | 4/2017 | Cheng et al. |
| D784,877 S | | 4/2017 | Lee |
| D784,886 S | | 4/2017 | Smith et al. |
| D785,521 S | | 5/2017 | Smith et al. |

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| D786,149 S | 5/2017 | Pevovar et al. |
| D786,743 S | 5/2017 | Smith et al. |
| D786,750 S | 5/2017 | Lee |
| D787,446 S | 5/2017 | Cockerill |
| D787,984 S | 5/2017 | Fang |
| D787,988 S | 5/2017 | Lee |
| D787,989 S | 5/2017 | Kozub et al. |
| D787,990 S | 5/2017 | Kozub et al. |
| D787,992 S | 5/2017 | Lee |
| D787,993 S | 5/2017 | McCabe et al. |
| D788,001 S | 5/2017 | Lee |
| D788,641 S | 6/2017 | Arnold |
| D788,644 S | 6/2017 | Mueller |
| D788,645 S | 6/2017 | Mueller |
| D789,250 S | 6/2017 | Arnold |
| D789,260 S | 6/2017 | Smith |
| D789,575 S | 6/2017 | Willett |
| D789,841 S | 6/2017 | Lee |
| D789,849 S | 6/2017 | Lee |
| 2015/0251614 A1* | 9/2015 | Boksebeld ........... B62D 25/105 293/155 |

\* cited by examiner



FIG - 1



FIG - 2



FIG - 3

FIG - 4