# Exhibit 5





CARS    MAKES    TYPES    TOPICS    GUIDES    GAMES

# 2016 Mitsubishi Pajero Sport - gallery
31 photos & 1 videos













BACK TO ARTICLE    PHOTOS (31) &    VIDEOS (1)

Case: 1:21-cv-05854 Document #: 15 Filed: 11/02/21 Page 6 of 11 PageID #:89









Case: 1:21-cv-05854 Document #: 15 Filed: 11/02/21 Page 8 of 11 PageID #:91





Case: 1:21-cv-05854 Document #: 15 Filed: 11/02/21 Page 9 of 11 PageID #:92











