# Exhibit 6

Case: 1:21-cv-05854 Document #: 1-6 Filed: 11/02/21 Page 2 of 12 PageID #:96

 

Q  Try "W       NEW       Used       Appraise       Reviews

Home / Toyota / Toyota Tundra / Used 2015 Toyota Tundra / Review / Used 2015 Toyota Tundra CrewMax Cab

# Used 2015 Toyota Tundra CrewMax Cab

★★★★☆ (39)

Overview          Review          Inventory          Features



## Used Tundra for sale

Select a type
**CrewMax Cab**                                                      ⌄

Select a trim
**All trims - 10 for sale**                                         ⌄

List Price Range:                                       $32,998 - $49,590

Case: 1:21-cv-05854 Document #: 1-6 Filed: 11/02/21 Page 3 of 12 PageID #:97

| Overview | Review | Inventory | Features |
|---|---|---|---|



**Appraise This Car**

Ad

Also Consider

**2021 Chevy Silverado HD**

★★★★☆ (5)

*The strongest, most capable Silverado HD ever.*

Chevrolet.com ↗

**Toyota Tundra model years**

2022    2021    2020    2019    2018    2017    2016    more ⌄

# Get More For Your Trade-In

2015 Toyota Tundra appraisal values can range from $17,435 - $24,409.

Find out what your car is really worth in minutes.

See your car's value

# Edmunds' Expert Review

**Pros**    Cons

✔ Strong V8 powertrains

Case: 1:21-cv-05854 Document #: 1-6 Filed: 11/02/21 Page 4 of 12 PageID #:98

| Overview | Review | Inventory | Features |
| --- | --- | --- | --- |

✔ unique off-road-themed TRD Pro model.

The 2015 Toyota Tundra remains a capable workhorse among full-size pickups, and one of the few that is very serious about off-road performance. Unfortunately, it lags behind its American rivals in many respects.

**Vehicle overview**

After a major face-lift just a year ago, the Toyota Tundra gets another round of changes for 2015. Toyota updated the Tundra's styling last year, and this year it eliminated the V6 engine from the Tundra lineup and added an off-road trim level called TRD Pro. But after comparing the Tundra with the latest trucks from Detroit, we come away thinking that the Tundra is still a few updates short of true

Read more ⌄



**Toyota Certified Pre-Owned Vehicle Program**

**Toyota Certified Pre-Owned vehicles must have less than 85,000 miles on the odometer, and can only be the current model or six model years back. Toyota Certified Pre-owned Vehicles include:**

✔ 160-Point Quality Assurance Inspection

✔ CARFAX® Vehicle History Report™

✔ 12 Month/12,000 Mile Comprehensive Warranty

✔ 7-year/100,000-mile Limited Powertrain Warranty from original date first sold as new

✔ 8-year/100,000-mile Factory Hybrid Battery Warranty (for Hybrid vehicles)

✔ Warranty transferable at no cost for added resale value

✔ 24-hour Roadside Assistance for 1 year

✔ Travel Protection

✔ Substitute Transportation

✔ Toll-Free Line Assistance

✔ Special Financing Available.

Search 2015 Toyota Tundra CPO Inventory ⟩

10/21/21, 3:27 PM
Used 2015 Toyota Tundra CrewMax Cab Review | Edmunds

| Overview | Review | Inventory | Features |
|---|---|---|---|

## Consumer reviews

Read what other owners think about the Used 2015 Toyota Tundra CrewMax Cab.

# 4.6 ★★★★★

39 reviews

| 5 ★ | (72%) |
|---|---|
| 4 ★ | (18%) |
| 3 ★ | (8%) |
| 2 ★ | (2%) |
| 1 ★ | (0%) |

Write a review ›

See all 39 reviews ›

## Trending topics in reviews



reliability & manufacturing quality    appearance    spaciousness

maintenance & parts    engine    driving experience    safety

technology    interior    fuel efficiency    comfort    dashboard

lights    value    seats    towing    doors    warranty

infotainment system    transmission    sound system    road noise

| Overview | Review | Inventory | Features |
|---|---|---|---|

★★★★★ San Antonio, Texas Toyota Tundra

Jim Minteer, 03/06/2015
SR5 4dr CrewMax 4WD SB (5.7L 8cyl 6A)

Bought new Dec. 2014 during Toyotathon days. The 5.7 engine roars with plenty of passing speed with a smooth shifting 6spd transmission. I live in South Central Pa and this Winter has been rough, but not a problem for the Tundra Crew Max! This truck drives like a truck not a car like some of the newer big 3 trucks I've driven. It sits nice with a firm quiet ride without the big truck…

Read more ⌄

★★★★★ Poor Leather Quality

Paul Albitz, 05/28/2016
1794 4dr CrewMax SB (5.7L 8cyl 6A)

Absolutely love everything about my 1794 Tundra except the quality of the leather interior. The appearance is beautiful but upon close inspection you definitely can tell it is an inferior to product to any other leather interior I have owned. After six months the leather trim began to slowely wear off my passenger side seat. Perma-plate, the very expensive and unnecessary add on…

Read more ⌄

★★★★★ From great to greater

Tundra Still the Best, 08/06/2015
1794 4dr CrewMax SB (5.7L 8cyl 6A)

I recently upgraded my 2008 Tundra Crewmax Limited to a 2015 Tundra Crewmax 1794 Edition and couldn't be happier. The 2008 was a great truck with zero problems over my 7 years of ownership but I liked the new style a little better. After shopping all brands, I narrowed it down to the Silverado with a 6.2 liter and the Tundra. Back to back test drives and haggling for price cemented my…

Read more ⌄

★★★☆☆ Storage space, dashboard lighting logic

Mike, 07/21/2016
1794 FFV 4dr CrewMax 4WD SB (5.7L 8cyl 6A)

In the 1794 model, there is absolutely no storage space other than the console. The jack and tire tools are behind the back seat almost impossible to remove or replace. No place to put trailer hitch equipment or anything else. Tools etc,? The dashboard lighting logic is completely bassackwards. Plenty light at night. Easy to read gauges, speedometer etc. Daylight, the video display,…

Read more ⌄

See all 39 reviews of the Used 2015 Toyota Tundra CrewMax Cab ›

Write a review ›

Case: 1:21-cv-05854 Document #: 16 Filed: 11/02/21 Page 7 of 12 PageID #:101

| Overview | Review | Inventory | Features |
|---|---|---|---|

# Used 2015 Toyota Tundra CrewMax Cab for Sale



 76,305 miles

Used 2015
## Toyota Tundra
1794 FFV

★★★☆☆(15)
AutoNation Honda O'Hare
15.6 mi away

List
## $37,895
Est.Loan: **$689/mo**

 good price

View Details

Case: 1:21-cv-05854 Document #: 16 Filed: 11/02/21 Page 8 of 12 PageID #:102

Overview | Review | Inventory | Features



○ ○

Used 2015
**Toyota Tundra**
SR5 FFV

Gmotorcars Inc
18.6 mi away

List
**$36,750**
Est.Loan: **$669/mo**

View Details



○ ○  91,926 miles

Used 2015
**Toyota Tundra**
Limited

★★★★★(2)
Woody Buick GMC
29.5 mi away

List
**$36,500**
Est.Loan: **$664/mo**

🚗 **fair price**

View Details

SEE ALL FOR SALE

Case: 1:21-cv-05854 Document #: 1-6 Filed: 11/02/21 Page 9 of 12 PageID #:103

| Overview | Review | Inventory | Features |
|---|---|---|---|

See all Used 2015 Toyota Tundra CrewMax Cab specs & features ›

## Safety

**NHTSA Overall Rating**                                       ★★★★☆ 

The National Highway Transportation Safety Administration offers independent analysis.

See full safety scores ∨

## People who viewed this also viewed

  

| Ford F-150 | Toyota Tacoma | Chevrolet Silver |
|---|---|---|
| ★★★½☆ (44) | ★★★★☆ (59) | ★★★½☆ (30) |
| Starting at $29,290 | Starting at $26,400 | Starting at $29,? |
| See Inventory | See Inventory | See Inventory |

Case: 1:21-cv-05854 Document #: 1-6 Filed: 11/02/21 Page 10 of 12 PageID #:104

| Overview | Review | Inventory | Features |
|---|---|---|---|

# More about the 2015 Toyota Tundra

## Used 2015 Toyota Tundra CrewMax Cab Overview

The Used 2015 Toyota Tundra CrewMax Cab is offered in the following styles: Limited FFV 4dr CrewMax 4WD SB (5.7L 8cyl 6A), Limited 4dr CrewMax 4WD SB (5.7L 8cyl 6A), SR5 4dr CrewMax SB (5.7L 8cyl 6A), SR5 FFV 4dr CrewMax 4WD SB (5.7L 8cyl 6A), Limited 4dr CrewMax SB (5.7L 8cyl 6A), SR5 4dr CrewMax 4WD SB (5.7L 8cyl 6A), 1794 FFV 4dr CrewMax 4WD SB (5.7L 8cyl 6A), SR5 4dr CrewMax SB (4.6L 8cyl 6A), SR5 4dr CrewMax 4WD SB (4.6L 8cyl 6A), Platinum FFV 4dr

Read more ⌄

# Related Used 2015 Toyota Tundra CrewMax Cab info

**Shop used vehicles in your area**
Used Mercedes-Benz SLC-Class 2017
Used Subaru Legacy 2014
Used Lexus CT 200H 2015 For Sale
Used Lexus ES 350 2001
Used Land Rover Discovery 2004
Used Mitsubishi Eclipse 1997
Used Cadillac ATS Coupe 2016
Used Nissan Armada 2014
Used Acura Integra

Used Volvo S40 2008

**Popular new car reviews and ratings**
2021 Chevrolet Silverado 1500
2020 Volvo S60
BMW 8 Series 2020
2021 Jeep Compass
2020 BMW X5 M
Chevrolet Silverado 1500 2020
2021 BMW 3 Series
2020 Ford Mustang
2021 V60

2022 Mercedes-Benz CLS-Class News

**Vehicle rankings by type**
Best Compact Vehicles
Best Hatchbacks
Best Economy Vehicles
Best Coupes
Best Midsize Vehicles
Best Sports Cars
Best Subcompact Vehicles
Best Wagons

**Other models to consider**
2021 Toyota Prius

Overview | Review | Inventory | Features

Toyota Camry Hybrid 2022
2020 Toyota Prius Prime
2022 Toyota Avalon Hybrid
2020 Toyota Avalon Hybrid
2022 Sequoia
2021 Toyota Venza
2021 Toyota Sienna

**Recommended**
Mitsubishi Lancer 2014
Features Specs
Mitsubishi Lancer 2014 Review
Mitsubishi Mighty Max Pickup
1990 Features Specs
Mitsubishi Mighty Max Pickup
1995 Features Specs
Mitsubishi Mirage G4 2018
Features Specs

Class in Norwalk, CA
Used Jaguar F-Type in Deltona, FL
Used Infiniti G-Sedan in Santa Clara, CA
Used Chevrolet Monte-Carlo in Buckeye, AZ
Used Mercedes-Benz Sprinter-Worker in San Ramon, CA
Used Lexus RX-330 in Lawrence, MA
Used Volkswagen E-Golf in Hemet, CA
Used BMW 3-Series in East Orange, NJ
Used Jeep Wrangler in Mansfield, TX

Used Land-Rover LR4 in Lakewood, CA
Used Chevrolet Captiva-Sport in South Jordan, UT
Used Fiat 500E in Whittier, CA
Used GMC Sierra-1500-Limited in Lynwood, CA
Used Dodge Journey in Pflugerville, TX
Used Ford Explorer in Southfield, MI
Used Bentley Continental-Gtc-Speed in Canton, OH
Used Lexus NX-300 in Merced, CA
Used Audi SQ5 in Santa Clara, CA



# Join Edmunds
Receive pricing updates, shopping tips & more!

email address | Sign Up



**Download the Edmunds app**

Case: 1:21-cv-05854 Document #: 1-6 Filed: 11/02/21 Page 12 of 12 PageID #:106

| Overview | Review | Inventory | Features |
|---|---|---|---|

Help

About Us

Contact Us

Careers

Affiliate Program

Dealer Center

Your Ad Choices

Privacy Statement

Visitor Agreement

Accessibility

Site Map

Do Not Sell My Personal Information

© Edmunds.com, Inc.