# Exhibit 8

US00D614100S

(12) **United States Design Patent**   (10) Patent No.: **US D614,100 S**

Williams et al.   (45) Date of Patent: ** **Apr. 20, 2010**

(54) **VEHICLE FRONT FENDER**

(75) Inventors: **Bruce P. Williams**, Grosse Pointe Park,
MI (US); **Sean W. Tant**, Livonia, MI
(US); **George Bucher**, Dearborn, MI
(US); **Patrick J. Schiavone**, Bloomfield,
MI (US)

(73) Assignee: **Ford Motor Company**, Dearborn, MI
(US)

(**) Term: **14 Years**

(21) Appl. No.: **29/306,176**

(22) Filed: **Apr. 3, 2008**

(51) **LOC (9) Cl.** .................................................. **12-16**
(52) **U.S. Cl.** .................................................. **D12/184**
(58) **Field of Classification Search** ................ D12/184,
D12/196, 90–92; 280/152.1, 847–849, 851;
296/181.1, 181.5
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D562,201 | S | * | 2/2008 | Gresens et al. | .............. D12/184 |
| D562,202 | S | * | 2/2008 | Tant et al. | .................. D12/184 |
| D584,667 | S | * | 1/2009 | Leclercq | .................... D12/184 |

| | | | | | |
|---|---|---|---|---|---|
| D586,712 | S | * | 2/2009 | Opfer et al. | ................ D12/184 |

* cited by examiner

*Primary Examiner*—Melody N Brown
(74) *Attorney, Agent, or Firm*—Damian Porcari

(57) **CLAIM**

An ornamental design for a vehicle front fender, as shown and
described.

**DESCRIPTION**

FIG. **1** is a side elevational view of a vehicle front fender (both
the left and right fenders being mirror images and only one is
shown);

FIG. **2** is a front elevational view of the vehicle front fender;

FIG. **3** is a rear elevational view of the vehicle front fender;

FIG. **4** is a side elevational view of the vehicle front fender
illustrating the inner surface;

FIG. **5** is a top plan view of the vehicle front fender; and,

FIG. **6** is a bottom plan view of the vehicle front fender.

Areas shown in highlighting are not claimed. Views are
orthogonal projections rendered from computer aided design
data. The various views are not necessarily to scale in order to
better illustrate the design.

**1 Claim, 6 Drawing Sheets**



Case: 1:21-cv-05854 Document #: 1-8 Filed: 11/02/21 Page 3 of 8 PageID #:111



*Figure 1*



*Figure 2*

Case: 1:21-cv-05854 Document #: 1-8 Filed: 11/02/21 Page 5 of 8 PageID #:113



*Figure 3*

Case: 1:21-cv-05854 Document #: 1-8 Filed: 11/02/21 Page 6 of 8 PageID #:114



*Figure 4*



*Figure 5*

Case: 1:21-cv-05854 Document #: 1-8 Filed: 11/02/21 Page 8 of 8 PageID #:116



*Figure 6*