IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LKQ CORPORATION and KEYSTONE AUTOMOTIVE INDUSTRIES, INC. <br><br> Plaintiffs, <br><br> v. <br><br> GENERAL MOTORS COMPANY, GM GLOBAL TECHNOLOGY OPERATIONS, LLC, and GENERAL MOTORS LLC, <br><br> Defendants. | Civil No. 1:21-cv-05854 <br><br> The Honorable Jorge L. Alonso <br><br> JURY TRIAL DEMANDED |

**DEFENDANTS' MOTION TO DISMISS
FOR LACK OF SUBJECT MATTER JURISDICTION**

For the reasons set forth in the accompanying Brief, Defendants General Motors Company, GM Global Technology Operations, LLC, and General Motors LLC ("GM") by and through their undersigned counsel hereby move to dismiss with prejudice Plaintiffs LKQ Corporation and Keystone Automotive Industries, Inc.'s ("LKQ") Complaint for Declaratory Judgment of Patent Non-Infringement and Invalidity for lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1).

Dated: January 5, 2022  FISH & RICHARDSON P.C.

By: */s/ Conrad A. Gosen*
John C. Adkisson (admitted *pro hac vice*)
Joseph A. Herriges (admitted *pro hac vice*)
Conrad A. Gosen (admitted *pro hac vice*)
Ryan V. Petty (admitted *pro hac vice*)
FISH & RICHARDSON P.C.
60 South 6th Street, 3200 RBC Plaza
Minneapolis, MN 55402
Telephone: (612) 335-5070
Fax (612) 288-9696
adkisson@fr.com; herriges@fr.com;
gosen@fr.com; petty@fr.com

Steven McMahon Zeller (IL 6238416)
szeller@dykema.com
DYKEMA GOSSETT PLLC
10 South Wacker Drive
Suite 2300
Chicago, IL 60606
Telephone: (312) 627-2272

**Attorneys for Defendants**
**General Motors Company, GM Global**
**Technology Operations, LLC, and General Motors**
**LLC**

## **CERTIFICATE OF SERVICE**

      I certify that a copy of the foregoing document was served via CM/ECF on January 5, 2022 upon all counsel of record.

                                        */s/Conrad A. Gosen*
                                        Conrad A. Gosen