**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

LKQ Corporation, et al.
                                   Plaintiff,

v.                                                                 Case No.: 1:21−cv−05854
                                                                    Honorable Jorge L. Alonso

General Motors Company, et al.
                                   Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 30, 2023:

        MINUTE entry before the Honorable M. David Weisman: Given the representations made in the joint status report and at the parties' request, the status hearing set for 5/31/23 is stricken and reset to 8/2/23 at 9:15 a.m. A joint status report shall be filed by 7/28/23. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.