IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LKQ CORPORATION, and KEYSTONE AUTOMOTIVE INDUSTRIES, INC. | ) ) ) ) | Case No. 1:21-cv-05854 Honorable Jorge L. Alonso |
| Plaintiffs, | ) ) | Honorable M. David Weisman |
| v. | ) ) ) | |
| GENERAL MOTORS COMPANY, GM GLOBAL TECHNOLOGY OPERATIONS, LLC, and GENERAL MOTORS LLC | ) ) ) ) ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT REGARDING DISCOVERY STATUS**

Plaintiffs LKQ Corporation and Keystone Automotive Industries, Inc. (collectively "LKQ") and defendants General Motors Company, GM Global Technology Operations, LLC, and General Motors LLC (collectively "GM"), hereby provide a joint status report pursuant to Dkt. No. 78:

Document production and written discovery are substantially complete.

Deposition discovery is substantially complete. GM has one remaining deposition it plans to take: Brian Ard (scheduled for August 9, 2023). LKQ has just four remaining depositions it plans to take: (1) GM employee Angela Caligiuri (scheduled for August 15, 2023); (2) Corey Beaubien (outside prosecution counsel scheduled for XXX, 2023); (3) former GM employee Christine Wroblewski (scheduled for July 31, 2023); and (4) GM employee Elaine Margarita (to be scheduled).

The parties exchanged final infringement and invalidity contentions on June 30, 2023.

While the parties initially proposed a fact discovery cut-off of August 16, 2023, the Court has yet to enter an order scheduling the close of fact discovery, and in order to accommodate the summer schedules of certain witnesses, the parties have agreed to complete fact discovery by September 20, 2023.

The parties do not currently anticipate any motion practice on discovery issues.

In terms of the remaining case schedule, the parties propose the following:

- Expert Discovery (relevant to dispositive liability motions):

    o Service of opening expert reports – December 14, 2023

    o Service of rebuttal expert reports – January 25, 2023

    o Completion of expert discovery – February 22, 2024

- Dispositive motions for issues other than damages and willfulness: March 28, 2024.

- Deadline for a party to determine if it will rely on an advice of counsel defense to a charge of willful infringement, and if so, to produce any discovery previously withheld as privileged that is related to any such defense: One week after issuance of a dispositive motion order, or March 29, 2024 if no dispositive motions are filed.

- Expert Discovery (relevant to damages, including willfulness):

    o Service of opening expert report on damages and willfulness – 4 weeks after issuance of a dispositive motion order, if filed, on liability issues, or four weeks after the deadline for filing such motions if none are filed;

    o Service of rebuttal expert report on damages and willfulness – 4 weeks after the service of opening expert reports;

    o Close of expert discovery on damages and willfulness – 4 weeks after the service of rebuttal expert reports.

Finally, there are no other issues the parties wish to raise with the Court at this time.

Accordingly, the parties believe the Court can strike the August 2, 2023 status date and reset this case for a further status in 90 days.

| | |
|---|---|
| Dated: July 27, 2023 | Dated: July 27, 2023 |
| IRWIN IP LLC | FISH & RICHARDSON P.C. |
| By:   /s/ *Michael P. Bregenzer* <br> Barry F. Irwin, P.C. <br> Michael P. Bregenzer <br> IRWIN IP LLP <br> 150 N. Wacker Drive, Suite 700 <br> Chicago, IL 60606 <br> (312) 667-6080 <br> birwin@irwinip.com <br> mbregenzer@irwinip.com <br><br> Attorneys for Plaintiffs LKQ Corporation & Keystone Automotive Industries | By:   /s/ *Conrad A. Gosen* <br> John C. Adkisson <br> Joseph A. Herriges <br> Conrad A. Gosen <br> Ryan V. Petty <br> FISH & RICHARDSON P.C. <br> 3200 RBC Plaza <br> 60 South 6th Street <br> Minneapolis, MN 55402 <br> Telephone: (612) 335-5070 <br> Facsimile: (612) 288-9696 <br> adkisson@fr.com <br> herriges@fr.com <br> gosen@fr.com <br> petty@fr.com <br><br> Steven McMahon Zeller <br> DYKEMA GOSSETT PLLC <br> 10 South Wacker Drive <br> Suite 2300 <br> Chicago, IL 60606 <br> Telephone: (312) 627-2272 <br> szeller@dykema.com <br><br> Attorneys for Defendants General Motors Company, GM Global Technology Operations, LLC, and General Motors LLC |

## **CERTIFICATE OF SERVICE**

      I certify that a copy of the foregoing document was served via ECF on July 27, 2023, upon all counsel of record.

                                             /s/ *Gloria Rios*
                                             Gloria Rios