# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
### Eastern Division

LKQ Corporation, et al.
                                       Plaintiff,

v.                                                                     Case No.: 1:21−cv−05854
                                                                     Honorable Jorge L. Alonso

General Motors Company, et al.
                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 19, 2023:

      MINUTE entry before the Honorable Jorge L. Alonso: The parties' Joint agreed motion to stay [87] is granted. This case is stayed until one week after the Federal Circuit's en banc decision in LKQ Corporation et al. v. GM Global Technology Operations, LLC, Case No. No. 2021−2348, at which time LKQ and GM will submit a joint status report recommending dates and deadlines for expert discovery, dispositive motions, and the remaining dates and deadlines. Motion hearing date of 9/21/23 is stricken. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.