IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LKQ CORPORATION, and KEYSTONE AUTOMOTIVE INDUSTRIES, INC. | ) ) ) ) | Case No. 1:21-cv-05854 Honorable Jorge L. Alonso |
| Plaintiffs, | ) ) | Honorable M. David Weisman |
| v. | ) ) ) | |
| GENERAL MOTORS COMPANY, GM GLOBAL TECHNOLOGY OPERATIONS, LLC, and GENERAL MOTORS LLC | ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

The Court having reviewed the parties' May 28, 2024, Joint Status Report (ECF No. 97) and being advised that the Federal Circuit's *en banc* decision in *LKQ Corporation et al. v. GM Global Technology Operations, LLC*, Case No. No. 2021-2348, has been issued, the Court orders as follows:

The stay entered on September 19, 2023, is hereby lifted.

In addition, the Court enters the following schedule:

| May 31, 2024 | Close of fact discovery. |
|---|---|
| July 18, 2024 | LKQ shall provide amended final invalidity contentions, but absent leave of court, such contentions shall be limited to addressing the new obviousness standard articulated by the Federal Circuit, and shall not introduce new prior art references, combinations, or invalidity theories unrelated to obviousness (*e.g.*, unenforceability, anticipation, or 112 defenses) |
| August 29, 2024 | GM shall provide final validity contentions |

| | |
|---|---|
| September 26, 2024 | Service of opening expert reports on issues other than damages and willfulness |
| October 24, 2024 | Service of rebuttal expert reports on issues other than damages and willfulness |
| November 21, 2024 | Completion of expert discovery on issues other than damages and willfulness |
| December 19, 2024 | Deadline to file dispositive motions on issues other than damages and willfulness |
| January 23, 2024 | Deadline to file oppositions to dispositive motions |
| February 13, 2024 | Deadline to file replies in support of dispositive motions |
| One week after issuance of a dispositive motion order | Deadline for a party to determine if it will rely on an advice of counsel defense to a charge of willful infringement, and if so, to produce any discovery previously withheld as privileged that is related to any such defense |
| Four weeks after issuance of a dispositive motion order | Service of opening expert report on damages and willfulness |
| Eight weeks after the service of opening expert reports | Service of rebuttal expert report on damages and willfulness |
| Twelve weeks after the service of rebuttal expert reports | Close of expert discovery on damages and willfulness |

The Magistrate Judge has authority to extend any deadlines contained in this order.

SO ORDERED.                                             ENTERED:  June 3, 2024

_____
JORGE L. ALONSO
United States District Judge