## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| LKQ CORPORATION, and KEYSTONE AUTOMOTIVE INDUSTRIES, INC. | ) ) ) ) | Case No. 1:21-cv-05854 |
| | ) | Honorable Jorge Alonso |
| Plaintiffs, | ) ) | Honorable M. David Weisman |
| v. | ) ) ) | |
| GENERAL MOTORS COMPANY, GM GLOBAL TECHNOLOGY OPERATIONS, LLC, and GENERAL MOTORS LLC, | ) ) ) ) ) | |
| Defendants. | ) | |

### PLAINTIFFS' UNOPPOSED MOTION TO SEAL

Pursuant to Local Rule 26.2, Plaintiffs LKQ Corporation and Keystone Automotive Industries Inc. (collectively, "LKQ") file this Motion to Seal and respectfully request leave of Court to file the following documents under seal:

- Portions of LKQ's Memorandum in Support of its Motion to Compel Proper Responses to Interrogatory Nos. 10, 15, and 20 and RFP Nos. 1 and 65-87;

- Portions of the Declaration of Michael P. Bregenzer;

- **Exhibit 1** to the Declaration of Michael P. Bregenzer, a true and correct copy of an excerpt from Exhibits A and B to GM's response to Interrogatory No. 11;

- **Exhibit 5** to the Declaration of Michael P. Bregenzer, a true and correct copy of email correspondence between myself and counsel for GM discussing their discovery responses; and

- **Exhibit 14** to the Declaration of Michael P. Bregenzer, a true and correct copy of a document produced by GM as GM-LKQ2_4536, which was used in the deposition of Gary Ruiz as Exhibit 65.

All of the above materials include information that GM has designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the governing Protective Order. Dkt. No. 44.

On August 16, 2024, LKQ reached out to counsel for GM requesting that GM (1) de-designate the foregoing materials, or (2) provide LKQ with the required good cause to seal these materials for the instant motion to seal. On August 19, 2024, counsel for GM provided LKQ with the following insert:

> The above materials include information that GM has designated as "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" under the governing Protective Order. Dkt. No. 44. The information is highly confidential as it relates to the conduct, purpose, and details of GM's confidential Global Market Research clinics, or is otherwise internal confidential information to General Motors.

In light of the above, Plaintiffs respectfully request that the Court grant its motion to file the documents listed above under seal.

Dated: August 19, 2024      Respectfully submitted,

By: /s/ *Michael P. Bregenzer*
Barry F. Irwin, P.C.
Michael P. Bregenzer
Daniel Zhang
**IRWIN IP LLP**
150 N. Wacker Drive, Suite 700
Chicago, IL 60606
Tel.: (312) 667-6080
birwin@irwinip.com
mbregenzer@irwinip.com
dzhang@irwinip.com

*Attorneys for Plaintiffs LKQ Corporation & Keystone Automotive Industries, Inc.*

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing document was served via ECF on August 19, 2024 upon all counsel of record.

/s/ *Gloria Rios*
Gloria Rios