UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LKQ CORPORATION, and KEYSTONE AUTOMOTIVE INDUSTRIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GENERAL MOTORS COMPANY, GM GLOBAL TECHNOLOGY OPERATIONS, LLC, and GENERAL MOTORS LLC <br><br> Defendants. | Civil Action No. 1:21-cv-05854 <br><br> The Honorable Jorge L. Alonso <br><br> The Honorable M. David Weisman |

**DEFENDANTS' MOTION TO STRIKE UNTIMELY PRIOR ART**

Defendants General Motors Company, GM Global Technology Operations, LLC, and General Motors LLC (collectively, "GM") respectfully request that this Court grant this Motion and enter an Order against Plaintiffs LKQ Corporation and Keystone Automotive Industries, Inc. ("LKQ") precluding LKQ from relying on the previously undisclosed prior art references in Column B of Exhibit 2 to GM's supporting memorandum, which are cited by Mr. Eric Noble at paragraphs 51-88, 118-19, 121-23, 127-30, 135-42, and 144-87, and by Mr. Jason Hill at paragraphs 59, 72, 84, 86, 90, 95, 97, 128, 140, 142, 146, 149, 174, 176, 180, 185, 205, 207, 211, 216, and 237.

As stated in GM's supporting memorandum, the parties met and conferred extensively via Zoom Conference and email beginning on October 4, 2024, and continuing through October 21, 2024. The parties were unable to reach resolution of this dispute.

Dated: October 23, 2024  Respectfully submitted,

By: */s/ Joseph A. Herriges*
Louis E. Fogel (IL 6281401)
FISH & RICHARDSON P.C.
444 West Lake Street, Suite 1700
Chicago, IL 60606
Telephone: (612) 335-5070
Fax (612) 288-9696
fogel@fr.com

John C. Adkisson (admitted *pro hac vice*)
Joseph A. Herriges (admitted *pro hac vice*)
Matthew Johnson (admitted *pro hac vice*)
Madison J. Murhammer Colon (admitted *pro hac vice*)
Alexander Rafferty (*pro hac vice* forthcoming)
FISH & RICHARDSON P.C.
60 South 6th Street, Suite 3200
Minneapolis, MN 55402
Telephone: (612) 335-5070
Fax (612) 288-9696
adkisson@fr.com; herriges@fr.com
mjohnson@fr.com;
murhammer_colon@fr.com; rafferty@fr.com

Karrie E. Wheatley (admitted *pro hac vice*)
Jacqueline T. Moran (TX 24121740)
FISH & RICHARDSON P.C.
909 Fannin St., Suite 2100
Houston, TX 77010
Telephone: (713) 654-5300
Fax (713) 652-0109
wheatley@fr.com; jtmoran@fr.com

Nitika Gupta Fiorella (admitted *pro hac vice*)
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-5070
Fax (302) 652-0607
fiorella@fr.com

Steven McMahon Zeller (IL 6238416)
DYKEMA GOSSETT PLLC
10 South Wacker Drive
Suite 2300
Chicago, IL 60606
Telephone: (312) 627-2272
szeller@dykema.com

**Attorneys for Defendants**
**General Motors Company, GM Global**
**Technology Operations, LLC, and General Motors**
**LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served via CM/ECF on October 23, 2024, upon all counsel of record.

/s/ *Joseph A. Herriges*
Joseph Herriges (*pro hac vice*)
herriges@fr.com