IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LKQ CORPORATION and<br>KEYSTONE AUTOMOTIVE<br>INDUSTRIES, INC., | )<br>)<br>) | Case No. 1:21-cv-05854 |
| | ) | Honorable Jorge Alonso |
| Plaintiffs, | )<br>) | Honorable M. David Weisman |
| v. | )<br>)<br>) | |
| GENERAL MOTORS COMPANY,<br>GM GLOBAL TECHNOLOGY<br>OPERATIONS, LLC, and<br>GENERAL MOTORS LLC, | )<br>)<br>)<br>) | |
| Defendants. | )<br>) | |

**PLAINTIFFS' UNOPPOSED MOTION TO SEAL**

Pursuant to Local Rule 26.2, Plaintiffs LKQ Corporation and Keystone Automotive Industries Inc. (collectively, "LKQ") file this Motion to Seal and respectfully request leave of Court to file the following documents under seal:

- Plaintiffs' Final Invalidity Contentions served on June 30, 2023;

- Portions of Exhibit A to GM's Corrected Fifth Supplemental Interrogatory Response to LKQ Interrogatory No. 11 (October 21, 2024); and

- Portions of the Supplemental Rebuttal Report of Craig Metros, served on November 6, 2024.

All of the above materials include information that GM has designated as "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" under the governing Protective Order. Dkt. No. 44. GM does not oppose this motion.

In light of the above, Plaintiffs respectfully request that the Court grant its motion to file the documents listed above under seal.

Dated: November 12, 2024                                         Respectfully submitted,


By: /s/ *Daniel Zhang*
Barry F. Irwin, P.C.
Michael P. Bregenzer
Daniel Zhang
**IRWIN IP LLP**
150 N. Wacker Drive, Suite 700
Chicago, IL 60606
Tel.: (312) 667-6080
birwin@irwinip.com
mbregenzer@irwinip.com
dzhang@irwinip.com


*Attorneys for Plaintiffs LKQ Corporation & Keystone Automotive Industries, Inc.*

**CERTIFICATE OF SERVICE**

      I certify that a copy of the foregoing document was served via ECF on November 12, 2024 upon all counsel of record.

                                                                           /s/ *Gloria Rios*
                                                                           Gloria Rios