# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
## Eastern Division

LKQ Corporation, et al.

                            Plaintiff,

v.                                                        Case No.: 1:21−cv−05854

                                                                    Honorable Jorge L. Alonso

General Motors Company, et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 13, 2024:

       MINUTE entry before the Honorable M. David Weisman: Plaintiffs' unopposed motion to seal [195] is granted. Motion hearing set for 11/19/24 is stricken. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.