# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LKQ CORPORATION and KEYSTONE AUTOMOTIVE INDUSTRIES, INC.<br><br>    Plaintiffs,<br><br>    v.<br><br>GENERAL MOTORS COMPANY, GM GLOBAL TECHNOLOGY OPERATIONS, LLC, and GENERAL MOTORS LLC,<br><br>    Defendants. | Civil No. 1:21-cv-05854<br><br>The Honorable Jorge L. Alonso<br><br>The Honorable M. David Weisman<br><br>JURY TRIAL DEMANDED |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
OF 35 U.S.C. § 171 PATENTABILITY**

Defendants General Motors Company, GM Global Technology Operations, LLC, and General Motors LLC (collectively, "GM") hereby move the court for an order granting summary judgment of 35 U.S.C. § 171 Patentability as to U.S. Patent Nos. D818,406 and D828,256.

Based on LKQ's allegations to date, and the facts in the record, LKQ's patent ineligibility theories fail as a matter of law because they are inconsistent with the U.S. Supreme Court's pronouncement in *Samsung Electronics Co., Ltd. v. Apple Inc.*, 580 U.S. 53, 60 (2016), and with the Federal Circuit's decision in *Automotive Body Parts Association v. Ford Global Technologies, LLC*, 930 F.3d 1314, 1324–25 (Fed. Cir. 2019). Thus, GM respectfully requests this Court to grant its Motion for Summary Judgment of 35 U.S.C. § 171 Patentability.

Dated:  December 19, 2024

FISH & RICHARDSON P.C.

By: */s/ Joseph A. Herriges*
Louis E. Fogel (IL 6281401)
FISH & RICHARDSON P.C.
444 West Lake Street, Suite 1700
Chicago, IL 60606
Ph: (612) 335-5070
Fax: (612) 288-9696
fogel@fr.com

John C. Adkisson (admitted *pro hac vice*)
Joseph A. Herriges (admitted *pro hac vice*)
Matthew Johnson (admitted *pro hac vice*)
Madison J. Murhammer Colon (admitted *pro hac vice*)
Alexander Rafferty (admitted *pro hac vice*)
FISH & RICHARDSON P.C.
60 South 6th Street, Suite 3200
Minneapolis, MN 55402
Telephone:  (612) 335-5070
Fax  (612) 288-9696
adkisson@fr.com; herriges@fr.com; mjohnson@fr.com;
murhammer_colon@fr.com; rafferty@fr.com

Karrie E. Wheatley (admitted *pro hac vice*)
Jacqueline T. Moran (TX 24121740)
FISH & RICHARDSON P.C.
909 Fannin St., Suite 2100
Houston, TX 77010
Telephone:  (713) 654-5300
Fax  (713) 652-0109
wheatley@fr.com; jtmoran@fr.com

Nitika Gupta Fiorella (admitted *pro hac vice*)
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
Telephone:  (302) 652-5070
Fax  (302) 652-0607
fiorella@fr.com

**Attorneys for Defendants**
**General Motors Company, GM Global Technology**
**Operations, LLC, and General Motors LLC**

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was served via CM/ECF on December 19, 2024 upon all counsel of record.

*/s/ Joseph A. Herriges*
Joseph A. Herriges
herriges@fr.com
