IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LKQ CORPORATION and KEYSTONE AUTOMOTIVE INDUSTRIES, INC.<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS COMPANY, GM GLOBAL TECHNOLOGY OPERATIONS, LLC, and GENERAL MOTORS LLC,<br><br>Defendants. | Civil Action No. 1:21-cv-05854<br><br>The Honorable Jorge L. Alonso<br><br>The Honorable M. David Weisman |

### **DEFENDANTS' UNOPPOSED MOTION TO SEAL**

Pursuant to Local Rule 26.2, Defendants General Motors Company and GM Global Technology Operations, LLC, and General Motors LLC (collectively, "GM") file this Motion to Seal and respectfully request leave of Court to file the following documents under seal:

- Defendants' Memorandum of Law in Support of Motion For Summary Judgment of No Obviousness Under U.S.C. § 103;

- Defendants' L.R. 56.1 Statement of Undisputed Material Facts in Support of Motion For Summary Judgment of No Obviousness Under U.S.C. § 103;

- Exhibit 1 (Jason Hill Dep. Tr. Nov. 7, 2024) to Defendants' L.R. 56.1 Statement of Undisputed Material Facts in Support of Motion For Summary Judgment of No Obviousness Under U.S.C. § 103;

- Exhibits 1a-1i (Hill Dep. Exhibits 1-9) to Defendants' L.R. 56.1 Statement of Undisputed Material Facts in Support of Motion For Summary Judgment of No Obviousness Under U.S.C. § 103;

- Exhibit 2 (Initial Expert Report of Eric Noble Sept. 26, 2024) to Defendants' L.R. 56.1 Statement of Undisputed Material Facts in Support of Motion For Summary Judgment of No Obviousness Under U.S.C. § 103;

- Exhibit 3 (Eric Noble Dep. Tr. Nov. 19, 2024) to Defendants' L.R. 56.1 Statement of Undisputed Material Facts in Support of Motion For Summary Judgment of No Obviousness Under U.S.C. § 103;

- Exhibits 3a-3c (Hill Dep. Exhibits 1-3) to Defendants' L.R. 56.1 Statement of Undisputed Material Facts in Support of Motion For Summary Judgment of No Obviousness Under U.S.C. § 103;

- Exhibit 7 (Carl Zipfel Dep. Tr. March 23, 2023) to Defendants' L.R. 56.1 Statement of Undisputed Material Facts in Support of Motion For Summary Judgment of No Obviousness Under U.S.C. § 103;

- Exhibits 7a-7tt (Zipfel Dep. Exhibits 1-40, 43-48, 50) to Defendants' L.R. 56.1 Statement of Undisputed Material Facts in Support of Motion For Summary Judgment of No Obviousness Under U.S.C. § 103;

- Exhibit 8 (GM-LKQ2_000071208) to Defendants' L.R. 56.1 Statement of Undisputed Material Facts in Support of Motion For Summary Judgment of No Obviousness Under U.S.C. § 103;

- Exhibit 9 (GM-LKQ2_000012431) to Defendants' L.R. 56.1 Statement of Undisputed Material Facts in Support of Motion For Summary Judgment of No Obviousness Under U.S.C. § 103;

- Exhibit 12 (Plaintiffs' Amended Final Invalidity Contentions, dated July 18, 2024) to Defendants' L.R. 56.1 Statement of Undisputed Material Facts in Support of Motion For Summary Judgment of No Obviousness Under U.S.C. § 103; and

- Exhibit 13 (Initial Expert Report of Jason Hill Sept. 26, 2024) to Defendants' L.R. 56.1 Statement of Undisputed Material Facts in Support of Motion For Summary Judgment of No Obviousness Under U.S.C. § 103.

All of the above materials include information that GM has designated as "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" or "CONFIDENTIAL" under the governing Protective Order, including material containing sensitive commercial information related to GM's business and design strategy, materials directed to GM's Confidential Consumer Clinics, and testimony concerning such clinics. Dkt. No. 44.

LKQ does not oppose this motion.

Dated:  December 19, 2024            FISH & RICHARDSON P.C.

By: */s/ Joseph A. Herriges*
Louis E. Fogel (IL 6281401)
FISH & RICHARDSON P.C.
444 West Lake Street, Suite 1700
Chicago, IL 60606
Telephone:  (612) 335-5070
Fax  (612) 288-9696
fogel@fr.com

John C. Adkisson (admitted *pro hac vice*)
Joseph A. Herriges (admitted *pro hac vice*)
Matthew Johnson (admitted *pro hac vice*)
Madison J. Murhammer Colon (admitted *pro hac vice*)
Alexander Rafferty (admitted *pro hac vice*)
FISH & RICHARDSON P.C.
60 South 6th Street, Suite 3200
Minneapolis, MN 55402
Telephone:  (612) 335-5070
Fax  (612) 288-9696
adkisson@fr.com; herriges@fr.com
mjohnson@fr.com; murhammer_colon@fr.com; rafferty@fr.com

Karrie E. Wheatley (admitted *pro hac vice*)
Jacqueline T. Moran (TX 24121740)
FISH & RICHARDSON P.C.
909 Fannin St., Suite 2100
Houston, TX 77010
Telephone:  (713) 654-5300
Fax  (713) 652-0109
wheatley@fr.com; jtmoran@fr.com

Nitika Gupta Fiorella (admitted *pro hac vice*)
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
Telephone:  (302) 652-5070
Fax  (302) 652-0607
fiorella@fr.com

**Attorneys for Defendants General Motors Company, GM Global Technology Operations, LLC, and General Motors LLC**

3

4

## **CERTIFICATE OF SERVICE**

  I certify that a copy of the foregoing document was served via CM/ECF on December 19, 2024, upon all counsel of record.

*/s/ Joseph A. Herriges*
Joseph A. Herriges
