IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LKQ CORPORATION and KEYSTONE AUTOMOTIVE INDUSTRIES, INC.<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS COMPANY, GM GLOBAL TECHNOLOGY OPERATIONS, LLC, and GENERAL MOTORS LLC,<br><br>Defendants. | Civil No. 1:21-cv-05854<br><br>The Honorable Jorge L. Alonso<br><br>The Honorable M. David Weisman<br><br>JURY TRIAL DEMANDED |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF NO OBVIOUSNESS UNDER 35 U.S.C. § 103

Defendants General Motors Company, GM Global Technology Operations, LLC, and General Motors LLC (collectively, "GM") hereby move the court for an order granting it summary judgment of no obviousness under 35 U.S.C. § 103 as to U.S. Patent Nos. D818,406 and D828,256.

Based on its allegations to date, and the facts in the record, LKQ's obviousness argument fails as a matter of law because the "record-supported reason" on which LKQ relies is expressly prohibited by 35 U.S.C. § 103 and Federal Circuit law. Thus, GM respectfully requests this Court to grant its Motion for Summary Judgment of No Obviousness under 35 U.S.C. § 103.

Dated: December 19, 2024                              FISH & RICHARDSON P.C.

By: */s/ Joseph A. Herriges*
Louis E. Fogel (IL 6281401)
FISH & RICHARDSON P.C.
444 West Lake Street, Suite 1700
Chicago, IL 60606
Ph: (612) 335-5070
Fax: (612) 288-9696
fogel@fr.com

John C. Adkisson (admitted *pro hac vice*)
Joseph A. Herriges (admitted *pro hac vice*)
Matthew Johnson (admitted *pro hac vice*)
Madison J. Murhammer Colon (admitted *pro hac vice*)
Alexander Rafferty (admitted *pro hac vice*)
FISH & RICHARDSON P.C.
60 South 6th Street, Suite 3200
Minneapolis, MN 55402
Telephone: (612) 335-5070
Fax (612) 288-9696
adkisson@fr.com; herriges@fr.com; mjohnson@fr.com;
murhammer_colon@fr.com; rafferty@fr.com

Karrie E. Wheatley (admitted *pro hac vice*)
Jacqueline T. Moran (TX 24121740)
FISH & RICHARDSON P.C.
909 Fannin St., Suite 2100
Houston, TX 77010
Telephone: (713) 654-5300
Fax (713) 652-0109
wheatley@fr.com; jtmoran@fr.com

Nitika Gupta Fiorella (admitted *pro hac vice*)
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-5070
Fax (302) 652-0607
fiorella@fr.com

**Attorneys for Defendants**
**General Motors Company, GM Global Technology**
**Operations, LLC, and General Motors LLC**

Case: 1:21-cv-05854 Document #: 214 Filed: 12/19/24 Page 3 of 3 PageID #:10067

3

**CERTIFICATE OF SERVICE**

      I certify that a copy of the foregoing document was served via CM/ECF on December 19, 2024, upon all counsel of record.

      */s/ Joseph A. Herriges*
      Joseph A. Herriges
      herriges@fr.com