IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LKQ CORPORATION and KEYSTONE AUTOMOTIVE INDUSTRIES, INC., | ) ) ) ) | Case No. 1:21-cv-05854 |
| | ) | Honorable Jorge Alonso |
| Plaintiffs, | ) ) | Honorable M. David Weisman |
| v. | ) ) ) ) | |
| GENERAL MOTORS COMPANY, GM GLOBAL TECHNOLOGY OPERATIONS, LLC, and GENERAL MOTORS, LLC, | ) ) ) ) ) | |
| Defendants. | ) | |

**PLAINTIFFS' MOTION FOR**
**SUMMARY JUDGMENT OF INVALIDITY**

Plaintiffs LKQ Corporation and Keystone Automotive Industries, Inc. (together "LKQ") hereby respectfully move the Court for entry of summary judgment that U.S. Design Patent Nos. D818,406 and D828,256 ("Patents-in-Suit") are invalid pursuant to 35 U.S.C. § 102 due to public use based on GM's commercial exploitation of the designs claimed by the Patents-in-Suit at GM's consumer clinics more than one year before the effective filing date of the Patents-in-Suit.

The arguments and evidence in support of this motion are set forth in Plaintiffs' Memorandum in Support of its Motion for Summary Judgment of Invalidity, Plaintiffs' Local Rule 56.1(d) Statement of Undisputed Material Facts in Support of Their Motion for Summary Judgment of Invalidity, and the exhibits attached thereto.

1

Dated: December 19, 2024               Respectfully submitted,


                                         By: /s/ *Nicholas K. Wheeler*
Barry F. Irwin, P.C.
Michael P. Bregenzer
Robyn M. Bowland
Nicholas K. Wheeler
Daniel Zhang
**IRWIN IP LLP**
150 N. Wacker Dr., Ste 700
Chicago, IL 60606
(312) 667-6080
birwin@irwinip.com
mbregenzer@irwinip.com
rbowland@irwinip.com
nwheeler@irwinip.com
dzhang@irwinip.com

*Attorneys for Plaintiffs LKQ Corporation & Keystone Automotive Industries, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing document was served via ECF on December 19, 2024 upon all counsel of record.

/s/ *Gloria Rios*
Gloria Rios