IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LKQ CORPORATION and KEYSTONE AUTOMOTIVE INDUSTRIES, INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 1:21-cv-05854 |
| | | Honorable Jorge Alonso |
| Plaintiffs, | | Honorable M. David Weisman |
| v. | | |
| GENERAL MOTORS COMPANY, GM GLOBAL TECHNOLOGY OPERATIONS, LLC, and GENERAL MOTORS LLC, | | |
| Defendants. | | |

**PLAINTIFFS' UNOPPOSED MOTION TO SEAL**

Pursuant to Local Rule 26.2, Plaintiffs LKQ Corporation and Keystone Automotive Industries Inc. (collectively, "LKQ") file this Motion to Seal and respectfully request leave of Court to file the following documents under seal:

- Portions of LKQ's Memorandum in Support of its Motion for Summary Judgment of Invalidity.

- Portions of Plaintiffs' Local Rule 56.1(d) Statement Of Undisputed Material Facts In Support Of Their Motion For Summary Judgment Of Invalidity.

- **Exhibit 3** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of the May 28, 2023 Deposition Transcript of Robert McMahan, including all exhibits.

- **Exhibit 4** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of the April 20, 2023 Deposition Transcript of Gary Ruiz, including all exhibits.

- **Exhibit 6** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of the March 23, 2023 Deposition Transcript of Carl Zipfel, including all exhibits.

- **Exhibit 7** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a document produced by GM as GM-LKQ2_000001179-1231.

- **Exhibit 8** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a document produced by GM as GM-LKQ2_000071158.

- **Exhibit 12** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a document produced by GM as GM-LKQ2_000000503.

- **Exhibit 13** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a document produced by GM as GM-LKQ2_000000561.

- **Exhibit 14** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a document produced by GM as GM-LKQ2_000003745.

- **Exhibit 15** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a document produced by GM as GM-LKQ2_000003749.

- **Exhibit 16** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a document produced by GM as GM-LKQ2_000071377.

- **Exhibit 17** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a document produced by GM as GM-LKQ2_000071378.

- **Exhibit 18** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a document produced by GM as GM-LKQ2_000077638.

- **Exhibit 19** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a document produced by GM as GM-LKQ2_000077641.

- **Exhibit 20** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a document produced by GM as GM-LKQ2_000000007.

- **Exhibit 21** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a document produced by GM as GM-LKQ2_000000018.

- **Exhibit 22** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a document produced by GM as GM-LKQ2_000003750.

- **Exhibit 23** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a document produced by GM as GM-LKQ2_000003751.

- **Exhibit 24** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct

    copy of GM's October 21, 2024 Supplemental Response to Interrogatory No. 10.

- **Exhibit 25** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a video produced by GM as GM-LKQ2_000079336.

- **Exhibit 26** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a video produced by GM as GM-LKQ2_000079160.

- **Exhibit 27** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a video produced by GM as GM-LKQ2_000079161.

- **Exhibit 28** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a video produced by GM as GM-LKQ2_000079162.

- **Exhibit 29** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a video produced by GM as GM-LKQ2_000079163.

- **Exhibit 30** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a video produced by GM as GM-LKQ2_000079164.

- **Exhibit 31** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a video produced by GM as GM-LKQ2_000079165.

- **Exhibit 32** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a video produced by GM as GM-LKQ2_000079166.

- **Exhibit 33** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a video produced by GM as GM-LKQ2_000079167.

- **Exhibit 34** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a video produced by GM as GM-LKQ2_000079168.

- **Exhibit 35** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a video produced by GM as GM-LKQ2_000079169.

- **Exhibit 36** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a video produced by GM as GM-LKQ2_000079170.

- **Exhibit 37** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a video produced by GM as GM-LKQ2_000079171.

- **Exhibit 38** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a video produced by GM as GM-LKQ2_000079172.

- **Exhibit 39** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a video produced by GM as GM-LKQ2_000079173.

- **Exhibit 40** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a video produced by GM as GM-LKQ2_000079174.

- **Exhibit 41** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a video produced by GM as GM-LKQ2_000079175.

- **Exhibit 42** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a video produced by GM as GM-LKQ2_000079176.

- **Exhibit 43** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a video produced by GM as GM-LKQ2_000079177.

- **Exhibit 44** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a video produced by GM as GM-LKQ2_000079178.

- **Exhibit 45** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a video produced by GM as GM-LKQ2_000079179.

- **Exhibit 46** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a video produced by GM as GM-LKQ2_000079180.

- **Exhibit 47** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a video produced by GM as GM-LKQ2_000079181.

- **Exhibit 48** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a video produced by GM as GM-LKQ2_000079182.

- **Exhibit 49** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a video produced by GM as GM-LKQ2_000079183.

- **Exhibit 50** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a video produced by GM as GM-LKQ2_000079184.

- **Exhibit 51** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a video produced by GM as GM-LKQ2_000079185.

- **Exhibit 52** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a video produced by GM as GM-LKQ2_000079186.

- **Exhibit 53** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a video produced by GM as GM-LKQ2_000079187.

- **Exhibit 54** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a video produced by GM as GM-LKQ2_000079188.

- **Exhibit 55** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a video produced by GM as GM-LKQ2_000079189.

- **Exhibit 56** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a video produced by GM as GM-LKQ2_000079190.

- **Exhibit 57** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a video produced by GM as GM-LKQ2_000079191.

- **Exhibit 58** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a video produced by GM as GM-LKQ2_000079192.

- **Exhibit 59** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a video produced by GM as GM-LKQ2_000079193.

- **Exhibit 60** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a video produced by GM as GM-LKQ2_000079194.

- **Exhibit 61** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a document produced by GM as GM-LKQ2_000001232-GM-LKQ2_000001306.

- **Exhibit 62** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a document produced by GM as GM-LKQ2_000071174.

- **Exhibit 63** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of the May 9, 2023 Deposition Transcript of Sharon Sheremet, including all exhibits.

- **Exhibit 64** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of GM's October 21, 2024 Supplemental Response to Interrogatory No. 15.

- **Exhibit 65** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a document produced by GM as GM-LKQ2_000000267.

- **Exhibit 66** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a document produced by GM as GM-LKQ2_000000268.

- **Exhibit 67** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a document produced by GM as GM-LKQ2_000000276.

- **Exhibit 68** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a document produced by GM as GM-LKQ2_000000278.

- **Exhibit 69** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a document produced by GM as GM-LKQ2_000000281.

- **Exhibit 70** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a document produced by GM as GM-LKQ2_000004929.

- **Exhibit 71** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a document produced by GM as GM-LKQ2_000004930.

- **Exhibit 72** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a document produced by GM as GM-LKQ2_000004938.

- **Exhibit 73** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a document produced by GM as GM-LKQ2_000004940.

- **Exhibit 74** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a document produced by GM as GM-LKQ2_000004942.

- **Exhibit 75** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a document produced by GM as GM-LKQ2_000071208.

- **Exhibit 76** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a document produced by GM as GM-LKQ2_000001307-GM-LKQ2_000001385.

- **Exhibit 77** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a video produced by GM as GM-LKQ2_000079260.

- **Exhibit 78** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a video produced by GM as GM-LKQ2_000079263.

- **Exhibit 79** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a video produced by GM as GM-LKQ2_000079266.

- **Exhibit 80** to the Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a document produced by GM as GM-LKQ2_000001386-GM-LKQ2_000001459.

- **Exhibit 81** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a document produced by GM as GM-LKQ2_000071259.

- **Exhibit 82** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of the August 24, 2023 Deposition Transcript of Elaine Margarita, including all exhibits.

- **Exhibit 83** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a document produced by GM as GM-LKQ2_000071382.

- **Exhibit 84** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a document produced by GM as GM-LKQ2_000071383.

- **Exhibit 85** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a document produced by GM as GM-LKQ2_000077620.

- **Exhibit 86** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a document produced by GM as GM-LKQ2_000077626.

- **Exhibit 87** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a document produced by GM as GM-LKQ2_000077627.

- **Exhibit 88** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a document produced by GM as GM-LKQ2_000077628.

- **Exhibit 89** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a document produced by GM as GM-LKQ2_000077632.

- **Exhibit 90** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a document produced by GM as GM-LKQ2_000077633.

- **Exhibit 91** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a document produced by GM as GM-LKQ2_000077634.

- **Exhibit 92** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a document produced by GM as GM-LKQ2_000076751-GM-LKQ2_000076766.

- **Exhibit 93** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a document produced by GM as GM-LKQ2_000076773-GM-LKQ2_000076775.

- **Exhibit 94** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a document produced by GM as GM-LKQ2_000076723.

- **Exhibit 95** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a document produced by GM as GM-LKQ2_000076742-GM-LKQ2_000076744.

- **Exhibit 96** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a document produced by GM as GM-LKQ2_000076768-GM-LKQ2_000076771.

- **Exhibit 97** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a document produced by GM as GM-LKQ2_000076777-GM-LKQ2_000076779.

- **Exhibit 98** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of the July 31, 2023 Deposition Transcript of Christine Wroblewski, including all exhibits.

- **Exhibit 99** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of the September 14, 2021 Deposition Transcript of Sharon Sheremet in the related GM litigation matter, LKQ v. GM, Case No. 20-cv-02753 ("GM DJ 1"), including all exhibits.

- **Exhibit 100** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of the August 4, 2021 Deposition Transcript of Brian Smith in the related GM DJ 1 matter, including all exhibits.

- **Exhibit 101** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a series of documents produced by Yeaton Research in response to a subpoena issued by LKQ.

- **Exhibit 102** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a document produced by GM as GM-LKQ_000003656-GM-LKQ_000003673.

- **Exhibit 103** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of an excerpt of GM's Responses to Plaintiffs' Second Set of Requests For Admission.

- **Exhibit 104** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of an excerpt of the September 26, 2024 Initial Expert Report of Eric Noble.

- **Exhibit 105** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of an excerpt of the November 1, 2024 Supplemental Expert Report of Eric Noble.

- **Exhibit 106** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of an excerpt of the September 26, 2024 Initial Expert Report of Jason Hill.

- **Exhibit 107** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of an excerpt of the November 1, 2024 Supplemental Expert Report of Jason Hill.

- **Exhibit 108** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of GM's October 21, 2024 Corrected Fifth Supplemental Response to Interrogatory No. 11.

- **Exhibit 109** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a video produced by GM as GM-LKQ2_000079321.

- **Exhibit 110** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a video produced by GM as GM-LKQ2_000079322.

- **Exhibit 111** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a video produced by GM as GM-LKQ2_000079323.

- **Exhibit 112** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a video produced by GM as GM-LKQ2_000079324.

- **Exhibit 113** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a video produced by GM as GM-LKQ2_000079325.

- **Exhibit 114** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a video produced by GM as GM-LKQ2_000079326.

- **Exhibit 115** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a video produced by GM as GM-LKQ2_000079327.

- **Exhibit 116** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a video produced by GM as GM-LKQ2_000079328.

- **Exhibit 117** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a video produced by GM as GM-LKQ2_000079329.

- **Exhibit 118** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a video produced by GM as GM-LKQ2_000079330.

- **Exhibit 119** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a video produced by GM as GM-LKQ2_000079331.

- **Exhibit 120** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a video produced by GM as GM-LKQ2_000079332.

- **Exhibit 121** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a video produced by GM as GM-LKQ2_000079333.

- **Exhibit 122** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a video produced by GM as GM-LKQ2_000079334.

- **Exhibit 123** to Plaintiffs' Statements of Undisputed Material Facts, a true and correct copy of a video produced by GM as GM-LKQ2_000079335.

All of the above materials include information that GM or LKQ has designated as "CONFIDENTIAL," "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY," or "CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the governing Protective Order. Dkt. No. 44. More specifically, the foregoing information generally relates to the conduct, purpose, and details of GM's Global Market Research clinics, or is otherwise internal confidential information to General Motors.

On December 18, 2024, counsel for LKQ reached out to counsel for GM asking whether GM would oppose LKQ's Motion to Seal. On December 18, 2024, GM confirmed it does not oppose LKQ's Motion to Seal and provided LKQ with the following insert:

> The above materials include information that GM has designated as "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" or "CONFIDENTIAL" under the governing Protective Order, including material containing sensitive commercial information related to GM's business and design strategy.

In light of the above, Plaintiffs respectfully request that the Court grant its motion to file the documents listed above under seal.

10

Dated:  December 19, 2024                    Respectfully submitted,


By: /s/ *Nicholas K. Wheeler*
Barry F. Irwin, P.C.
Michael P. Bregenzer
Robyn M. Bowland
Nicholas K. Wheeler
Daniel Zhang
**IRWIN IP LLP**
150 N. Wacker Dr., Ste 700
Chicago, IL 60606
(312) 667-6080
birwin@irwinip.com
mbregenzer@irwinip.com
rbowland@irwinip.com
nwheeler@irwinip.com
dzhang@irwinip.com

*Attorneys for Plaintiffs LKQ Corporation & Keystone Automotive Industries, Inc.*

**CERTIFICATE OF SERVICE**

      I certify that a copy of the foregoing document was served via ECF on December 19, 2024 upon all counsel of record.

                                                                            /s/ *Gloria Rios*
                                                                           Gloria Rios