# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LKQ CORPORATION and KEYSTONE AUTOMOTIVE INDUSTRIES, INC., | Case No. 1:21-cv-05854 |
| Plaintiffs, | Honorable Jorge L. Alonso |
| v. | |
| GENERAL MOTORS COMPANY, GM GLOBAL TECHNOLOGY OPERATIONS, LLC and GENERAL MOTORS LLC | |
| Defendants. | |

## MOTION TO WITHDRAW FILINGS

Respondent Fish & Richardson P.C., by and through their undersigned counsel, hereby files this Motion to Withdraw Filings, and states as follows:

1. On April 14, 2025, Document numbers 314 and 315 were filed in error and, therefore, need to be removed from the docket.

Dated: April 15, 2025

Respectfully submitted,

By: /s/ Trisha M. Rich
Trisha M. Rich
William A. Ringhofer
Holland & Knight LLP
150 N. Riverside Plaza, Suite 2700
Chicago, IL 60606
(312) 263-3600
trisha.rich@hklaw.com
william.ringhofer@hklaw.com

*Attorneys for Respondent Fish & Richardson, P.C.*

1