IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LKQ CORPORATION and KEYSTONE AUTOMOTIVE INDUSTRIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GENERAL MOTORS COMPANY, GM GLOBAL TECHNOLOGY OPERATIONS, LLC, and GENERAL MOTORS, LLC, <br><br> Defendants. | Case No. 1:21-cv-05854 <br><br> Honorable Jorge Alonso |

**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT OF
NO PRE-COUNTERCLAIM DAMAGES AND
<u>SUMMARY JUDGMENT OF NO WILLFUL INFRINGEMENT</u>**

Plaintiffs LKQ Corporation and Keystone Automotive Industries, Inc. (together "LKQ") hereby respectfully move the Court to enter summary judgment of: (1) no damages prior to April 25, 2022, the date LKQ first received notice of alleged infringement of U.S. Patent Nos. D818,406 and D828,256 from GM; and (2) no willful infringement by LKQ of U.S. Patent Nos. D818,406 and D828,256.

The arguments and evidence in support of this Motion are set forth in the supporting Memorandum of Law, Plaintiffs' Local Rule 56.1(d) Statement of Undisputed Material Facts in Support of Their Motion for Partial Summary Judgment of No Pre-Counterclaim Damages and Summary Judgment of No Willful Infringement and the Exhibits attached thereto, and the Declarations of Robyn Bowland and Justin Jude.

1

| | |
|---|---|
| Dated: October 30, 2025 | Respectfully submitted, |
| | By: */s/ Michael P. Bregenzer* |
| | Barry F. Irwin, P.C.<br>Michael P. Bregenzer<br>Joseph Saltiel<br>Robyn Bowland<br>**IRWIN IP LLP**<br>150 N. Wacker Drive, Suite 700<br>Chicago, IL 60606<br>Tel.: (312) 667-6080<br>birwin@irwinip.com<br>mbregenzer@irwinip.com<br>jsaltiel@irwinip.com<br>rbowland@irwinip.com |
| | *Attorneys for Plaintiffs*<br>*LKQ CORPORATION, and*<br>*KEYSTONE AUTOMOTIVE*<br>*INDUSTRIES, INC.* |

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was served via ECF on October 30, 2025, upon all counsel of record.

/s/ *Jennifer Frangella*
Jennifer Frangella